UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHESTERTON CAPITAL LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 16-cv-10848-LTS |
| HOLLEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER ON FURTHER DISCOVERY IN LIGHT OF JOINT STATUS REPORT

June 13, 2017

SOROKIN, J.

The parties filed a Joint Status Report (#98) in which Chesterton sought additional discovery to which no other party expressed objection. In light of the report, the Court ORDERS:

1. Defendant Holley shall make the email production described in paragraph 3(a) of the status report within twenty-one days of today.

2. Chesterton may take a 30(b)(6) deposition of Wells Fargo as described in paragraph 3(c) within thirty days.

3. Chesterton may take a video deposition of JJB Hilliard as described in the status report within thirty days.

4. Chesterton may file a motion to compel regarding Focus Features within thirty days.

5. The expert deadline remains June 15, 2017 except Chesterton may designate an expert regarding the securities issues within fourteen days after the completion of the 30(b)(6)

1

deposition of Wells Fargo.  Any other party may designate a rebuttal expert within thirty days thereafter.

6.      Defendant Holley shall appear at the June 14, 2017 status conference. Defendant Holley may appear by telephone; his personal appearance in Boston is not required.

7.      Defendant Holley shall make no changes to the 2012 Toshiba Laptop described in the Motion for Sanctions.  Counsel for Holley shall be prepared to show cause during the status conference why, in light of Holley's deposition testimony that he had funds transferred in/out of his account within one day apparently for the purpose of representing that he actually had such funds in his account, the Court should not require (a) Holley to produce the laptop to his counsel; (b) counsel to produce the emails; and (c) counsel to mirror image the laptop and preserve the mirror image.

8.      Ms. Brensley shall address at the conference whether she opposes the pending motions to dismiss filed by the defendants.

SO ORDERED.

  /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge