UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTERTON CAPITAL, LLC,<br>　　Plaintiff<br><br>v.<br><br>BYRON HOLLEY, JOHN LOUDON,<br>and LEGACY POINT CAPITAL LLC,<br>　　Defendants<br><br>v.<br><br>ANNE BRENSLEY,<br>　　Third Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action<br>)　No. 1:16-cv-10848-LTS |

## AFFIDAVIT OF JOHN N. LEWIS, ESQ.

Now comes John N. Lewis, attorney for the defendant and defendant-in-counterclaim Byron Holley, and, in response to this Honorable Court's Order, without prejudice to or waiver of the attorney-client privilege or confidentiality of attorney-client communications, other than as specifically waived by the disclosure herein, with the permission of the client, respectfully provides the attached email as a demonstration of Byron Holley's and his counsel's recognition of this Honorable Court's Order concerning his efforts to find and produce his Toshiba laptop, which will be supplemented by Byron Holley's affidavit Monday.

　　1. The attached email dated June 16, 2017, with the attached invoice, is a true, but not complete, copy, as portions have been redacted to preserve attorney client communications not relevant to the Court's Order.

Sworn and subscribed to by me under the pains and penalties of perjury on June 16, 2017.

/s/ John N. Lewis
John N. Lewis
BBO# 298520
JOHN N. LEWIS & ASSOCIATES
42 Spring St., Suite 5
Watertown, MA 02472-3444
(617) 393-3450
jlewis4284@aol.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on

/s/ John N. Lewis
John N. Lewis@aol.com

Subj: **Re: IMPORTANT - Toshiba Computer**
Date: 6/16/2017 7:48:21 A.M. Eastern Daylight Time
From: bholley
To: JLewis

John, as discussed I am checking all locations, but have not found it. I do believe I have it somewhere, but checking all locations. To answer your question I have one computer. I started using it in November 2013. I have attached delivery note from HP when I received it. I have not used the other Toshiba laptop since then. I am willing to sign an affidavit, but searching my sisters Naples garage tomorrow and if I find it will FedEx. Also, willing to give my password to my outlook for them to do there own search. They will need John Loudon to provide password as the Administrator of our company Outlook. I don't control it.

On Wed, Jun 14, 2017 at 9:36 PM, <JLewis   wrote:
Byron,

I explained to Judge Sorokin that you have not been able to find it. HE ORDERED THAT YOU MAKE A THOROUGH SEARCH IMMEDIATELY AND THAT YOU FIND IT AND SEND IT TO ME BY FEDERAL EXPRESS FOR DELIVERY ON FRIDAY. IF YOU CANNOT FIND IT, THEN YOU NEED TO FILE AN AFFIDAVIT:

P R O C E E D I N G S
(In open court.)
(Beginning of requested portion.)
THE COURT: If the answer is it's not produced
because he says he hasn't found it, **I want an affidavit under
oath specifically saying, (a), that he hasn't found it; (b),
I want to know where he last says it was; (c), I want to know
what he did to look for it; and (d), I want a list of all
other computers that he has, and when, approximately, he
acquired them.**
(End of requested portion.)

JUDGE SOROKIN ALSO WANTS YOU TO CALL HIM                              TO
EXPLAIN WHY YOU HAVE NOT PRODUCED ANY EMAILS AND ABOUT THE COMPTER.
YOU MUST CALL HIM. I WILL PROVIDE YOU WITH THE PHONE NUMBER TO CALL.

# PLEASE CALL ME AS SOON AS POSSIBLE TO DISCUSS THIS.

# IF YOU DON'T COMPLY YOU WILL BE SANCTIONED.



**HP DISTRIBUTION CENTER**
112 Hidden Lake Circle
DUNCAN, SC 29334

www.hp.com
For Technical Support call 1-800-474-6836
For Billing Inquiries call 1-800-325-5372

**BILLING COLLECTIONS DEPT.**
HEWLETT-PACKARD CO.
MS 5789
8000 FOOTHILLS BLVD.
ROSEVILLE, CA 95747-6588

Ship-To

HOLLEY, BYRON
REGUS

SUITE 200
ATTN: LEGACY POINT CAPITAL

USA

For Internal Use Only

HU
1125417058
Batch ID: J01HPAADS1H.20131112.0016
Date: 11/11/2013
Shipping Method: FedEx O/N Standard
Payment Method: NONE
Delivery No.   855982696
Delivery Group: 2407857/0013
Storage Bin: GB90E03 Type: Z01

Order Number: BDHS737001  <== Please refer to this number for further inquiries

| LN# | Quantity | Part # | Part | Media |
|---|---|---|---|---|
| 1 | 1 | 733051-004 | Rec Kit Win 8(64bit - USB/BTO/ | USB32 |
| 2 | 1 | CHS9488 | HHOS Inserts | COLLATERL |
|   |   |   | HP Material: PRP_H10 |   |

# THIS IS NOT A BILL


TO: 0004676052


BDHS737001


733051-004