UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTERTON CAPITAL, LLC )<br>    Plaintiff )<br>v. )<br>BYRON L. HOLLEY )<br>JOHN C. LOUDON and )<br>LEGACY POINT CAPITAL LLC, )<br>    Defendants )<br>v. )<br>ANNE BRENSLEY )<br>    Third Party Defendant. ) | Civil Action No.: 1:16-cv-10848-LTS |

## MOTION OF THIRD PARTY DEFENDANT, ANNE BRENSLEY FOR SUMMARY JUDGMENT

Anne Brensley ("Defendant"), Third Party Defendant in the above-captioned action hereby moves, pursuant to Fed. R. Civ. P. 56(b), for summary judgment in her favor and requests the dismissal of count II and III, VI, VIII, and IX in John C. Loudon's Third-Party Complaint.

In support of its motion, and as grounds therefore, Anne Brensley relies upon its Memorandum of Support, filed simultaneously herewith.

Respectfully submitted,

Anne Brensley, Pro Se

_____
Anne Brensley, pro se
189 Plain rd
Wayland, MA 01778

Anne.brensley@gmail.com
(585) 233-1367

Dated: July 19, 2017

## CERTIFICATE OF SERVICE

I, Anne Brensley, hereby certify that, this 19th day of July, 2017, I filed the foregoing documents through the Electronic Case Filing (ECF) system and thus copies of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).