UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTERTON CAPITAL, LLC,<br>    Plaintiff<br><br>v.<br><br>BYRON HOLLEY, JOHN LOUDON,<br>and LEGACY POINT CAPITAL LLC,<br>    Defendants<br><br>v.<br><br>ANNE BRENSLEY,<br>    Third Party Defendant | Civil Action<br>No. 1:16-cv-10848-LTS |

To:   Clerk - Civil
      United States District Court for the District of Massachusetts
      1 Courthouse Way
      Boston, MA 02210

### NOTICE OF WITHDRAWAL

Pursuant to Supreme Judicial Court Rule 4:01, § 17 and Section 4.17 of the rules of the Board of Bar Overseers for the Commonwealth of Massachusetts with regard to my temporary suspension from the further practice of law in the Commonwealth of Massachusetts and inability to act as an attorney after of June 20, 2017, please withdraw my appearance as counsel for the Defendant Byron Holley.

*/s/ John N. Lewis*
John N. Lewis
BBO# 298520
JOHN N. LEWIS & ASSOCIATES
42 Spring St., Suite 5
Watertown, MA 02472-3444
(617) 393-3450
Jlewis4284@aol.com

### CERTIFICATE OF SERVICE

I, John N. Lewis, do hereby certify that on this date I served the foregoing on the plaintiff by causing a copy of the same to be sent by first class mail, postage prepaid to counsel of record.

Dated July 19, 2017

*/s/ John N. Lewis*
John N. Lewis