UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTERTON CAPITAL LLC, )<br>　　　Plaintiff, )<br>v. )<br>LEGACY POINT CAPITAL LLC et al. )<br>　　　Defendants and )<br>ANNE BRENSLEY )<br>　　　Third Party Defendant )<br>) | CIVIL ACTION No. 1:16-CV-10848-LTS |

### THIRD PARTY PLAINTIFFS', JOHN LOUDON'S AND LEGACY POINT CAPITAL'S, CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THIRD PARTY DEFENANT, ANNE BRENSLEY, ON COUNT IX OF THE THIRD PARTY COMPLAINT

Now come the Third Party Plaintiffs, Legacy Point Capital LLC ("Legacy Point") and John Loudon (John Loudon and Legacy Point, collectively, "Mr. Loudon"), pursuant to Fed. R. Civ. P. 56(a), and request that this Honorable Court issue summary judgment in their favor against Anne Brensley ("Ms. Brensley") on Count IX of Mr. Loudon's Third Party Complaint, and for an order of this Court that Mr. Loudon is entitled to be indemnified in the amount of 50% from Ms. Brensley for any amounts that Mr. Loudon is found responsible for as repayment under the personal guarantee dated October 10, 2012.

WHEREFORE, for the above reasons, Mr. Loudon and Legal Point respectfully requests that this Court order that Ms. Brensley be required to indemnify Mr. Loudon and Legacy Point in the amount of 50% of any amount any amounts that Mr. Loudon or Legacy Point is found responsible for as repayment under the personal guarantee dated October 10, 2012 which Chesterton Capital, LLC sued Mr. Loudon on. A memorandum in support of this Motion, which is a combined memorandum with the Memorandum in Opposition to Ms. Brensley's Motion for Summary Judgment, has been filed with the Court.

                Respectfully submitted,

                /s/ Joseph Perl
                Attorney for Plaintiff
                B.B.O. 680509
                203 Arlington St., Suite 2
                Watertown, MA 02472
                781-704-7047
                perl@perlattorney.com

**7.1 CERTIFICATION**

In accordance with Local Rule 7.1(a)(2), the undersigned to this motion did attempt to confer with the Third Party Defendant to resolve the issues raised in this motion prior to its filing.

/s/ Joseph Perl
Joseph Perl

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 31, 2017 and paper copies will be sent to those indicated as non-registered participants on July 31, 2017.

/s/ Joseph Perl
Joseph Perl