UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHESTERTON CAPITAL LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-CV-10848-LTS |
| | ) | |
| LEGACY POINT CAPITAL LLC, | ) | |
| BYRON L. HOLLEY and JOHN C. | ) | |
| LOUDON, | ) | |
| Defendants. | ) | |
| | ) | |

## STATUS REPORT

Pursuant to this Court's request at the status conference held on July 10, 2017, Plaintiff

Chesterton Capital LLC submits this Status Report as follows:[1]

### I.       Search Terms for Analysis of Toshiba Laptop

Plaintiff's Position:    Plaintiff's counsel first circulated a proposed list of keyword

search terms on June 23, 2017. *See* Exhibit A hereto.  Plaintiff's counsel has not received an

objection from defendant Byron Holley (or any other party) to any of the specific search terms.

Rather, Mr. Holley proposed that the searches be limited to the time period between June 1, 2012

and October 31, 2012.  Plaintiff's counsel cannot agree to that limitation because the search

seeks the production of emails relevant to all claims, defenses and issues in this suit, which

includes emails that may relate to or concern events that happened before June 1, 2012 or after

---

[1]     The other parties, Byron Holley, John C. Loudon, Legacy Point Capital, LLC, and Anne
Brensley, were provided with notice of this Report but have taken no position with respect to the
issues addressed herein.  In particular, Mr. Holley was given the opportunity to provide his own
position statement, but never responded to the initial draft prepared by Plaintiff's counsel, which
was originally prepared as a Joint filing.

October 31, 2012 (including, for example, the defendants' default, which occurred beyond the time period proposed by Mr. Holley).  Accordingly, Plaintiff proposes that the Court adopt the list of search terms proposed by Plaintiff's counsel on June 23, 2017.  *See* Exhibit A hereto (Plaintiff's proposed search terms), and Exhibit B (Plaintiff's proposed Order).

## II.    Cost of Forensic Work

Plaintiff's Position:    Plaintiff's counsel has been advised by Stroz Friedberg (f/k/a Elysium Digital) that the estimated cost to image and search the laptop, and generate a report of findings, will be $4,500 to $6,000.  This fee will cover the following services:

- Forensic imaging (including photographs, chain-of-custody logs, two target drives, and verification)

- Processing the forensic images and running keyword searches

- Preparing a file list of search hits

- Exporting responsive files for production

- Consultation time to explain findings (if necessary)

It is Mr. Holley's obligation to have made the search and to produce these documents in this matter.  As the Court has already indicated, Mr. Holley should bear the cost.  Accordingly, Mr. Holley should be ordered to pay within seven days the anticipated fee of $6,000 up front with the proviso that any unused portion will be returned to him. The proposed order is drafted to require the payment to be made into Court.  *See* Exhibit B.

## III.    Text Messages

Despite representing to the Court that responsive text messages would be produced, Mr. Holley has failed to produce any of his text messages.  Plaintiff's only interest is the text exchanges between Mr. Holley and Mr. Loudon during the period June 1, 2012 through October

2

ME1 25339348v.1

31, 2012.  Plaintiff is entitled to an Order requiring Mr. Holley to produce all relevant text messages within seven days of entry of an Order.  Neither Mr. Holley nor Mr. Loudon have provided Plaintiff with either the cellphone numbers being used in 2012 or the name of the provider so that Plaintiff could independently seek an order from this Court for production.  *See* Exhibit B.

                                  Respectfully submitted,

                                  CHESTERTON CAPITAL LLC
                                  By Its Attorneys,

                                  */s/ Nicholas W. Allen*
                                  William A. Zucker, Esq., BBO # 541240
                                  Nicholas W. Allen, BBO# 663409
                                  McCarter & English LLP
                                  265 Franklin Street
                                  Boston, MA  02110
                                  617-449-6500
                                  617-607-9200 (fax)
                                  wzucker@mccarter.com
                                  nallen@mccarter.com

July 31, 2017

## CERTIFICATE OF SERVICE

      I, Nicholas W. Allen, hereby certify that this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper or electronic copies will be sent to those indicated as non-registered participants on this date.

                                  */s/ Nicholas W. Allen*
                                  Nicholas W. Allen

3