UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTERTON CAPITAL LLC, )<br>           Plaintiff, )<br>)<br>           v. )<br>)<br>LEGACY POINT CAPITAL LLC, )<br>BYRON L. HOLLEY and JOHN C. )<br>LOUDON, )<br>           Defendants. )<br>) | Civil Action No. 1:16-CV-10848-LTS |

ORDER

Plaintiff Chesterton Capital LLC has filed a Status Report concerning discovery issues related to defendant Byron Holley's laptop computer and text messages. In light of the report, the Court ORDERS:

1. Mr. Holley shall deposit $6,000 into Court to cover the cost associated with the forensic analysis to be performed on his laptop computer. Mr. Holley shall have seven days from the entry of this Order to make such deposit. Mr. Holley is directed to contact the Court Clerk to arrange for payment.

2. The Toshiba Laptop will be imaged and searched for responsive emails pursuant to the list of keywords prepared by Plaintiff's counsel and served on all parties on June 23, 2017. The parties are directed to reach an agreement on the process through which any responsive emails are to be produced to the Plaintiff, including for example, the process through which Mr. Holley can object to the production of privileged materials. The parties are directed to file a

Status Report with the Court within 14 days of the entry of this Order if they are unable to agree to a process governing the production of emails from Mr. Holley's laptop.

3. Mr. Holley must produce all text messages between Mr. Loudon and himself during the period between June 1, 2012 to October 31, 2012 to Plaintiff's counsel within seven days from the entry of this Order. A log must be produced for any text messages not produced on the grounds that they do not in any way concern this action or are privileged. The log shall state the date and subject matter of the text message. Failure to do so may result in sanctions against Mr. Holley.

                                  SO ORDERED

                                  /s/ Leo T. Sorokin
                                _____
                                Leo T. Sorokin
                                United States District Court Judge