FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTERTON CAPITAL LLC,<br>   Plaintiff,<br><br>   v.<br><br>LEGACY POINT CAPITAL LLC,<br>BYRON L. HOLLEY and JOHN C.<br>LOUDON,<br>   Defendants. | Civil Action No. 1:16-CV-10848-LTS |

**CHESTERTON CAPITAL, LLC'S PRE-TRIAL DISCLOSURE OF WITNESSES
PURSUANT TO THIS COURT'S ORDER DATED SEPTEMBER 28, 2017**

INDIVIDUALS TO BE CALLED AS WITNESSES:

   John "Jack" Walsh, President
   Chesterton Capital LLC
   222 Boston Avenue
   Medford, MA 02155
   781-820-1690


   John C. Loudon
   1118 Westbrooke Way, NE
   Atlanta, GA 30319
   404-441-0925

   Ron Terry
   San Monica, CA
   310=625-4426

ME1 25791069v.1

Anne Brensley
28 Barney Hill Rd
Wayland, MA 01778
585-233-1367

    I expressly reserve the right to call the witnesses listed on the witness lists served by any other party, as well as witnesses from the Production Studio Companies of Sony, Fox, not Ingenius, Odd-Lots, identified herein but needed for rebuttal purposes.

    Respectfully submitted,

Byron Holley
479 Laketower Drive Unit 205
Lexington, KY 40502

## CERTIFICATE OF SERVICE

I, Byron Holley, hereby certify that on this 12th day of October, 2017, a copy of Plaintiff, Chesterton Capital LLC's Pre-Trial Disclosure of Witnesses Pursuant to this Court's Order dated September 28, 2017, was served upon counsel of record and the parties via email as follows:

Joseph Perl, Esq. – perl@perlattorney.com

Anne Brensley – Anne.brensley@gmail.com

William A. Zucker, Esq – wzucker@mccarter

_____
Byron Holley