**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| CHESTERTON CAPITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 16-10848-LTS |
| ) | |
| BYRON L. HOLLEY, JOHN C. LOUDON, ) | |
| and LEGACY POINT CAPITAL LLC, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| JOHN C. LOUDON and LEGACY POINT ) | |
| CAPITAL LLC, ) | |
| ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ANNE BRENSLEY, ) | |
| ) | |
| Third Party Defendant. ) | |
| _____) | |

ORDER TO SHOW CAUSE

October 24, 2017

SOROKIN, J.

In light of the arguments set forth in Plaintiff's Motion for Sanctions, Doc. 161, along

with the affidavit from the independent forensic examination, the Court makes the following

Orders:

       1.      Defendant Loudon, Defendant Legacy Point Capital LLC, and/or Defendant

1

Holley are prohibited from, directly or indirectly, deleting, destroying, or altering in any way whatsoever any document, email, or information from any computer, device, or account within their separate or joint possession, custody, or control that relates in any way whatsoever to any of the claims, issues, or parties in this case.  This prohibition does not encompass ordinary trial preparation or communications with counsel.

2.      The Order set forth in Paragraph 1 applies to any agent or servant of any or all Defendants.

3.      Each Defendant shall submit, under oath, an affidavit listing every electronic device owned, possessed, or used by the Defendant between August 1, 2012 and June 30, 2014, and any device owned, possessed, or used by the Defendant at any time containing any document, email, or information from between August 1, 2012 and June 30, 2014.  Each such affidavit shall also specify for each identified device whether the device was searched for responsive documents and, if not, why.

4.      Each Defendant shall be prepared to show cause at the Final Pretrial Conference why the Court should not Order an independent forensic examination of each of his devices within the scope of Paragraph 3 at the expense of the Defendant possessing the device.  Plaintiff Chesterton Capital, LLC and Third Party Defendant Brensley shall also state their views at the Final Pretrial Conference as to whether the Court should Order an independent forensic examination of any such device.

SO ORDERED

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge