UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTERTON CAPITAL LLC,<br>    Plaintiff,<br><br>v.<br><br>LEGACY POINT CAPITAL,<br>    Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION No. 1:16-CV-10848-LTS<br>)<br>)<br>)<br>) |

### AFFIDVIT OF JOHN LOUDON AND LEGACY POINT CAPITAL, LLC, IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE DATED OCTOBER 24, 2017

I, John Loudon, being under oath, do hereby depose and say as follows:

I and Legacy Point Capital, LLC used the following electronic devices between August 1, 2012, and June 30, 2014, and the following devices also contained documents on them related to this case: Dell Laptop, HP Laptop and Droid & Droid Turbo Phone.

The plaintiff has done a search on Mr. Holley's laptop which turned out 100's of confidential emails between me, Mr. Holley and our counsel. Many of these emails contained our discussions of case strategy, which plaintiff has now been made aware of. A search of all my devices may turn up a considerable amount of further irrelevant and confidential information such as communications between myself and my prior and current counsel. Trial is scheduled to take place in less than a week, and it would also be a great financial burden to me to pay for an analysis of all my devices. To my knowledge, I have not previously deleted any evidence from this case from my computers.

I produced over 1,000 pages of emails and documents in connection with the state court case. I never received emails from Ms. Brensley from her account with the extension @bostonfinancialtrust.com or from her Gmail account, "Anne.Brensley@gmail.com". We are lacking information from Chesterton from their account with the extension @elizabethgrady.com which, Mr. Walsh, the owner of Chesterton, used. In addition, emails from John Walsh, Jr using the

@elizabethgrady.com and @chestertoncapital.com account were never produced. All of these emails were requested and contained information potentially relevant to this case.

To my knowledge, I have never destroyed any evidence related to the claims in this case and have Complied with all of the Court's orders.

Signed under the pains and penalties of perjury this 25th day of October, 2017,

_____
John Loudon, Individually,

_____
John Loudon, On Behalf of Legacy Point Capital, LLC