**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CHESTERTON CAPITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 16-10848-LTS |
| | ) | |
| BYRON L. HOLLEY, JOHN C. LOUDON, and LEGACY POINT CAPITAL LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JOHN C. LOUDON and LEGACY POINT CAPITAL LLC, | ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANNE BRENSLEY, | ) | |
| | ) | |
| Third Party Defendant. | ) ) | |

ORDER ON PRETRIAL MOTIONS

October 27, 2017

SOROKIN, J.

The Motion to Enforce Jury Waiver Clause (Doc. 163) is ALLOWED. This matter will proceed as a bench trial commencing on Tuesday, October 31, 2017 at 9:00 a.m. in Courtroom #13. The Court will issue a written opinion further explaining its reasoning.

The Motion in Limine to Exclude Any Evidence of Damages on Counterclaims (Doc. 151) is TERMINATED in light of the agreement of the parties at the Final Pretrial Conference.

The Motion for Judgment on the Pleadings (Doc. 152) regarding Defendants Loudon and Legacy Point's negligence counterclaim is DENIED WITHOUT PREJUDICE to resolution during the trial or in the Court's ruling on the matters tried.

The Motion in Limine to Exclude Evidence Related to Any Mitigation Defense (Doc. 154) is ALLOWED AS UNOPPOSED.

The Motion for Judgment on the Pleadings (Doc. 155) is WITHDRAWN AS MOOT.

The Motion in Limine to Withdraw or Amend Admissions (Doc. 157) is ALLOWED as stated at the Final Pretrial Conference.

The Motion in Limine to Exclude Evidence of the SDNY Suit (Doc. 158) is DENIED AS MOOT.

The Motion for Judgment on the Pleadings (Doc. 168) and the Motion for Judgment on Count III (Doc. 177) are both ALLOWED for the reasons stated in the Court's ruling on the same claims in Third Party Defendant Brensley's Motion for Summary Judgment.  Defendants Loudon and Legacy Capital's Opposition to Ms. Brensley's Motion is deemed to be their opposition to these two motions.

Ms. Brensley's Motion for Judgment on the Pleadings (Doc. 179) is DENIED WITHOUT PREJUDICE.

The Motion for Sanctions (Doc. 161) remains under advisement.  The Court will hear from Mr. Loudon on Tuesday, October 31, 2017 regarding the document production.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge