UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHESTERTON CAPITAL LLC,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LEGACY POINT CAPITAL LLC,<br>BYRON L. HOLLEY and JOHN C.<br>LOUDON,<br>　　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 1:16-CV-10848-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF FUNDS**

Plaintiff Chesterton Capital, LLC ("Chesterton") respectfully moves for an Order, pursuant to 28 USC § 2042, directing the withdrawal or payment of $6,000 deposited by defendant Byron Holley into Court for the payment to Stroz Friedberg, the third party forensic consultant ("Stroz"). In support of this Motion, Plaintiff states:

　　1.　　On August 14, 2017, Mr. Holley deposited $6,000 with the Court to cover the estimated expense for the forensic inspection of his laptop computer by Stroz. *See* Dkt. No. 134.

　　2.　　Since that time, and as confirmed by trial testimony of Michael Perry, Stroz has (i) imaged Mr. Holley's laptop, (ii) conducted an analysis of the imaged drive based on keywords provided by Chesterton's counsel, (iii) prepared and served data tables identifying the results of the inspection, and (iv) prepared and delivered responsive documents to the parties.

　　3.　　Based on the nature and extent of the work performed, the final invoice from Stroz was $9,000. Attached hereto as Exhibit A is a true and accurate copy of Stroz's invoice dated October 31, 2017, showing a balance due in the amount of $9,000.

4.	Accordingly, Chesterton now requests that this Court issue an Order directing either: (1) the release of the $6,000 directly to undersigned counsel, who will arrange for payment of the Stroz invoice; or (2) that the Clerk pay $6,000 directly to Stroz.[1]

WHEREFORE, Plaintiff Chesterton Capital LLC respectfully requests that its Motion be allowed.

>	Respectfully submitted,
>
>	CHESTERTON CAPITAL LLC
>	By Its Attorneys,
>
>	/s/ *Nicholas W. Allen*
>	William A. Zucker, Esq., BBO # 541240
>	Amy B. Hackett, BBO# 676345
>	Nicholas W. Allen, BBO# 663409
>	McCarter & English LLP
>	265 Franklin Street
>	Boston, MA  02110
>	617-449-6500
>	617-607-9200 (fax)
>	wzucker@mccarter.com
>	ahackett@mccarter.com
>	nallen@mccarter.com

December 5, 2017

---

[1] Because given Mr. Holley's default it is unlikely that Mr. Holley will pay any additional sums, Plaintiff will pay Stroz the remaining balance due and seek to recoup those funds in a final judgment against Mr. Holley.

ME1 26176093v.1

## CERTIFICATE OF SERVICE

      I, Nicholas W. Allen, hereby certify that this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper or electronic copies will be sent to those indicated as non-registered participants on this date.

      */s/ Nicholas W. Allen*
      Nicholas W. Allen