UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHESTERTON CAPITAL LLC,<br>　　　　　Plaintiff,<br><br>v.<br><br>LEGACY POINT CAPITAL LLC,<br>BYRON L. HOLLEY and JOHN C.<br>LOUDON,<br>　　　　　Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | Civil Action No. 1:16-CV-10848-LTS |
| JOHN C. LOUDON and LEGACY POINT<br>CAPITAL LLC,<br><br>　　　　Third Party Plaintiffs,<br><br>v.<br><br>ANNE BRENSLEY,<br><br>　　　　Third Party Defendant. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | |

## FINAL JUDGMENT

This matter was duly tried to the Court commencing on November 1, 2017, the

Honorable Leo T. Sorokin presiding.  Prior to trial, Defendant Byron L. Holley was defaulted

and evidence of damages was heard at trial.  On all of the issues tried to the Court, this Court on

December 8, 2017 issued its Findings of Fact and Conclusions of Law.  Accordingly, pursuant to

this Court's December 8, 2017 Decision and prior proceedings before this Court,

**IT IS ORDERED AND ADJUDGED THAT:**

1.     Judgment is hereby entered in this matter in favor of Chesterton Capital LLC on

its claims against Legacy Point Capital LLC, Byron L. Holley and John C. Loudon, jointly and

ME1 26287594v.1

severally with each being responsible for payment of the entire judgment, in the amount of seven

million two hundred thirty-eight thousand five hundred and sixty-five dollars ($7,238,565).

2.      Judgment is further entered against Legacy Point Capital LLC, Byron L. Holley

and John C. Loudon, jointly and severally in the amount of four hundred eighty thousand nine

hundred eighty-four dollars and sixty cents ($480,984.60) for Chesterton Capital LLC's

attorneys' fees and costs pursuant to Chapter 93A, which this Court has determined to be

reasonable.  This judgment regarding attorneys' fees and costs is without prejudice to a further

application by Chesterton Capital LLC for attorneys' fees and costs incurred in connection with

proceedings to obtain the benefit of the judgment.

3.      Interest shall be added to the amounts to be recovered under this judgment at the

statutory rate until those amounts are fully recovered.

4.      Judgment shall be entered in favor of Chesterton Capital LLC and in favor of

Anne Brensley and against Legacy Point Capital LLC and John C. Loudon on all counterclaims

and third-party claims of Legacy Point Capital LLC and John C. Loudon.

5.      Judgment shall be entered in favor of ~~Legacy Point Capital LLC~~ *Byron L. Holley* and John C.

Loudon and against Anne Brensley on her counterclaims against Byron L. Holley and John C.

Loudon.

6.      The Court's prior orders enjoining and restraining Legacy Point Capital LLC,

Byron L. Holley and John C. Loudon shall remain in full force and effect so as to protect

Chesterton Capital LLC's rights as a judgment creditor.

2

Dated: Jan. 3 2018

By: _____

Leo T. Sorokin

U. S. D. J.



ME1 26287594v.1